**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

v.

CURSHAWN BANKS et al

CRIMINAL ACTION
NO. 18-579-ALL

### SCHEDULING ORDER

**AND NOW**, this 23rd day of January, 2019, it is **ORDERED** that:

1.      Pretrial motions shall be filed on or before **February 8, 2019**. Responses shall be filed on or before **February 15, 2019**.

2.      Pretrial memoranda, voir dire questions, proposed jury instructions, trial exhibits, and verdict form shall be filed on or before **February 25, 2019**. Proposed jury instructions must be prepared and submitted to the Court in compliance with all requirements in Paragraph II.H(d) of the Court's Policies and Procedures.

3.      A final pretrial conference will be held on **February 28, 2019 at 10:00 a.m. in Courtroom 11-A.** At the final pretrial conference, counsel shall be prepared to discuss all aspects of their pretrial memoranda. It is expected that counsel will have conferred regarding their objections to anything in the pretrial memoranda prior to the final pretrial conference, leaving for the Court only those objections the parties could not resolve.

4.      Trial will begin on **March 4, 2019 at 9:30 a.m. in Courtroom 11-A.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1