**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTHUR ROWLAND | CRIMINAL ACTION<br>NO. 18-579-2 |

## **ORDER**

**AND NOW**, this 8th day of February, 2019, for the reasons stated on the record during the February 7 telephone conference (ECF No. 75), it is hereby **ORDERED** that the "Motion for Discovery and Inspection" (ECF No. 67) and "Motion to File Additional Pretrial Motions after Discovery" (ECF No. 68) are **DENIED** without prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.