IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CURSHAWN BANKS et al | CRIMINAL ACTION<br>NO. 18-579-ALL |

## SECOND SCHEDULING ORDER

**AND NOW**, this 8th day of February, 2019, after a telephone conference (ECF No. 75) held on the record with the consent of all counsel, it is **ORDERED** that:

1. Defendant's Unopposed Motion to Continue Trial (ECF No. 69) is **GRANTED**. After being advised that defense counsel needs additional time to prepare for trial, the Court finds that the ends of justice to be served by granting a continuance in this matter outweigh the public's interest in a speedy trial, pursuant to Title 18, U.S.C. § 3161(h)(7)(A),(B).

2. Pretrial motions shall be filed on or before **March 29, 2019**. Responses shall be filed on or before **April 8, 2019**.

3. Pretrial memoranda, voir dire questions, proposed jury instructions, trial exhibits, and verdict form shall be filed on or before **May 10, 2019**. Proposed jury instructions must be prepared and submitted to the Court in compliance with all requirements in Paragraph II.H(d) of the Court's Policies and Procedures.

4. A final pretrial conference will be held on **May 16, 2019 at 2:00 p.m. in Courtroom 11-A.** At the final pretrial conference, counsel shall be prepared to discuss all aspects of their pretrial memoranda. It is expected that counsel will have conferred regarding

2

their objections to anything in the pretrial memoranda prior to the final pretrial conference, leaving for the Court only those objections the parties could not resolve.

5. Trial will begin on **May 20, 2019 at 9:30 a.m. in Courtroom 11-A.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.