IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL ACTION NO. |
| ARTHUR ROWLAND | 18-00579 -2 |

## **ORDER**

**AND NOW**, this 15th day of February, 2019, upon consideration of Defendant Arthur Rowland's motion for revocation of detention order and request for expedited hearing, (ECF No. 72), the Government's response in opposition, (ECF No. 73), and the evidence presented at the hearing, (ECF No. 80), it is hereby **ORDERED** that Rowland's motion is **DENIED**. Rowland will remain detained pending trial.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.