IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION |
| ARTHUR ROWLAND | NO. 18-00579-2 |
| *Defendant.* | |

**ORDER**

AND NOW, this 4th day of November 2019, given defense counsel's statements on the record in Court this morning, Defendant has waived his right to contest the issues presented before the Court, and it is hereby **ORDERED** that the Motion to Suppress (ECF No. 98) is **DENIED** as moot.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.