IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL ACTION** |
| **V.** | **:** | **NO. 18-579-2,3,4** |
| **ARTHUR ROWLAND**<br>**ISIAH ULMER**<br>**HAKIM WILLIAMS** | **:** | |

**ORDER**

**AND NOW**, this 16th day of December, 2019, following the final pretrial conference (ECF No. 156), it is hereby **ORDERED** that on or before **December 30, 2019:**

Counsel shall provide to each other the names of all witnesses (excluding the defendants themselves) they may call to testify at trial; and

The government shall provide to defense counsel transcripts of all recorded conversations the government intends to introduce into evidence at trial.

The Court shall conduct a final pretrial status hearing on **January 2, 2020 at 2:00pm in Courtroom 11-A**. All parties shall be prepared to present and discuss any objection to anticipated trial evidence or any other final pretrial matters.

BY THE COURT:

/s/ Gerald J. Pappert
HONORABLE GERALD J. PAPPERT
*United States District Judge*