## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTHUR ROWLAND | CRIMINAL ACTION<br>NO. 18-00579-2 |

## ORDER

**AND NOW**, this 21st day of December 2020, upon consideration of Arthur Rowland's Motion for Reconsideration (ECF No. 264) and the Government's Response (ECF No. 266) and associated exhibits (ECF No. 267), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1