IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>-v-<br><br>ARTHUR ROWLAND<br>Defendant | Criminal Case No. 18-579 |

## DEFENDANT MOTION THE COURT FOR CASE PROTECTION ORDER

I petitioner, Arthur Rowland, Defendant, hereby bring before the court, a Pro Se Motion for the issuance of an protection order to seal Criminal Case No. (18-579) from any Federal Detention Center (FDC) official, and or jailhouse informant(s). In support thereof the petitioner presents:

1. Defendant, Arthur Rowland, was placed in the segregated housing unit ("shu") on or about Febuary 4, 2021.

2. Defendant, Arthur Rowland avers that privileged, confidential legal discovery provided by the government, with an court order protective seal, was packed by another inmate, and or Federal Detention Center (FDC) official outside of his presence.

3. When Defendant was able to inspect his property approximately 26 days later upon returning back to general population. Both the Defendant, as well as FDC officials notice that the Defendants hard-drive containing court protected legal discovery was missing.

4. The lost of Defendants legal discovery, witnesses contacts/information, statements, trial defense notes, and letters are undergoing an investiagtion by Federal Detention Center (FDC) officials, who are attempting to recover the defendants legal material.

5. It has long been documented the dangers of criminal discovery falling into the hands of disingenuous individuals, who provides false testimony at judicial proceedings in hope of receiving a lesser sentence.

The Defendant, has heard from numerous reliable sources, that the foundation and lynchpin of the governments case against the Defendant, Curshawn Banks, has been in cullision with other Federal Detention Center (FDC) inmates/jailhose informants. In an attempt to persaude these individuals to corroborate falsehoods told by Mr. Banks in Criminal Case No. (18-579), as well as other criminal cases Mr. Banks has been working at the behest of the government. In hopes of receiving a lesser sentence.

6. Defendant is at a stand still within the judicial process, as it relates to obtaining evidence and furthering investigation for trial preperation as a result of the lost of his legal discovery, as well as the "shady" under-hand dealings of the government witness Curshawn Banks. Additionally, and in the immediate, the Defendant request that Curshawn Banks be brought before the court to inform him of the importance of not discussing Criminal Case No. (18-579) with anyone at the Federal Detention Center (FDC).

Wherefore, it is the Defendant, Arthur Rowland, request that your honor **GRANT** Defendant an protection order that seals Criminal Case No. (18-579) from any Federal Detention Center (FDC) official(s), jailhouse informant(s), or person(s) who may posess Defendants legal material or any inmate who have been housed with Curshawn Banks.

Date: 3-7-21

Respectfully Submitted

Pro Se litigant
Arthur Rowland
P.O. BOX 562
Philadelphia, PA 19105

## CERTIFICATE OF SERVICE

I Pro litigant, Arthur Rowland, hereby certify that a true and accurate citation herein has been provided to the following via United States mail:

Guy R. Sciolla, Esq.
100 S. Broad Street
Suite 1910
Philadelphia, Pa 19110

Paul Shapiro and Seth Schlessinger
United States Attorneys
United States Attorneys Office
615 Market Street, Suite 1250
Philadelphia, Pa 19106

United States Courthouse
Clerk of Courts
601 Market Street
Philadelphia, Pa 19106

Date: 3-7-21

Respectfully Submitted

Pro Se litigant
Arthur Rowland
P.O. BOX 562
Federal Detention Center (FDC)
Philadelphia, PA 19105

Arthur Rowland # 76947-066
FDC Philadelphia
P.O BOX 562
Phila, PA. 19105

U.S.M.S.
X-RAY

To: Unit
Cler
601
Philad




d States Courthouse
Ks of Courts
MarKet street
elphia, PA. 19106