Arthur Rowland
# 76947.066
FDC Philadelphia
P.O. BOX 562
Phila, PA. 19105

The Honorable Judge
Gerald J. Pappert
United State District Court
601 Market St.
Phila, PA. 19106

Dear: Honorable, Gerald J. Pappert

I'm writing this communication, to address some concerns that I'm having about how my attorney argued the issue about Curshawn Banks prior cooperation and termination as a confidential informant. For its not a question of motive, as the Honorable court has already stated, But its a question of credibility. And credibility is the most significant element of any witness who gets on the witness stand.

I believe that this issue is essential, to the case. Curshawn Banks testimony must be

weighed and examined with great caution. For he was already deem untrustworthy and not forth coming in the past. If this information is with held or given to the jury, I believe that it could have a major impact on the outcome of the case. I humbly ask your Honor, to take this into consideration.

Thank you
Sincerely
Arthur Rowland

# 76947-066

10-11-21

Arthur Rowland # 76947-066
FDC Phila
P.O. BOX 562
Phila, PA. 19105

PHILADELPHIA PA 190
12 OCT 2021 PM 5 L

To: the Clerks of Courts
United States District Courts
601 Market St
Philadelphia, PA. 19106

19106-179699