IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTHUR ROWLAND | CRIMINAL ACTION<br>NO. 18-579-2 |

## SCHEDULING ORDER

**AND NOW**, this 25th day of October, 2021, following a telephone scheduling conference with counsel (ECF No. 358) it is **ORDERED** that:

1. A final pretrial conference will be held on **February 8, 2022 at 10:00 a.m. in Courtroom 11-A.** At the final pretrial conference, counsel shall be prepared to discuss all aspects of their pretrial memoranda. It is expected that counsel will have conferred regarding their objections to anything in the pretrial memoranda prior to the final pretrial conference, leaving for the Court only those objections the parties could not resolve.

2. Jury selection will be held on **February 10, 2022 at 9:30 a.m. in Courtroom 11-A**. Trial will begin on **February 14, 2022 at 9:30 a.m. in Courtroom 11-A.**

BY THE COURT:

/s/ Gerald J. Pappert
GERALD J. PAPPERT, J.

1