IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **Criminal No. 18-579-2** |
| **ARTHUR ROWLAND** | : | |

_____

<u>DEFENDANT ARTHUR ROWLAND'S MOTION TO REOPEN AND
ADOPT HIS PREVIOUSLY FILED MOTION TO SUPPRESS</u>

 Defendant Arthur ROWLAND, through his attorney Richard J. Fuschino, respectfully requests that this Honorable Court allow leave to reopen and adopt his previously filed Motion to Suppress (Doc. No. 98), previously denied as Moot (Doc. No. 122).