IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| **V.** | : | **NO. 18-579-2** |
| **ARTHUR ROWLAND** | : | |

# ORDER

**AND NOW**, this 9th day of February, 2022, for the reasons stated in court today (ECF No. 396), it is hereby **ORDERED** that the Defendant previously waived his right to file his Motion to Reopen and Adopt Defendant's Previously Filed Motion to Suppress (ECF No. 389) and that motion is **DENIED** accordingly.

**IT IS SO ORDERED.**

                                        **/s/ Gerald J. Pappert**
                                        **GERALD J. PAPPERT     J.**