# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | NO. 18-579-2 |
| ARTHUR ROWLAND | |

## ORDER

AND NOW, this 11th day of February, 2022, upon consideration of Defendant Arthur Rowland's motion to dismiss the indictment for a Sixth Amendment violation of his speedy trial rights (ECF 390) and the Government's response (ECF 394) and consistent with the accompanying Memorandum of Law, it is **ORDERED** that the motion is **DENIED**.

BY THE COURT:

/s/ Gerald J. Pappert
GERALD J. PAPPERT, J.