# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| **V.** | : | **NO. 18-579-2** |
| **ARTHUR ROWLAND** | : | |

## ORDER

**AND NOW**, this 23rd day of February, 2022, after being informed by the foreperson that the jury was deadlocked as to Counts 1ss-5ss, it is hereby **ORDERED** that defendant's unopposed oral motion for a mistrial as to Counts 1ss-5ss is **GRANTED**. The Court will issue a new scheduling order for a re-trial on those counts.

    IT IS SO ORDERED.

                                              **/s/ Gerald J. Pappert**
                                              GERALD J. PAPPERT,    J.