**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

v.

ARTHUR ROWLAND

CRIMINAL ACTION
NO. 18-579-2

## SCHEDULING ORDER

**AND NOW**, this 23rd day of February, 2022, following a telephone scheduling conference with counsel (ECF No. 421) it is **ORDERED** that:

1.      Jury selection will be held on **April 21, 2022 at 9:30 a.m. in Courtroom 11-A**. Trial will begin on **April 25, 2022 at 9:30 a.m. in Courtroom 11-A.**

BY THE COURT:


/s/ Gerald J. Pappert
GERALD J. PAPPERT, J.

1