IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

: CRIMINAL ACTION

v.   :

: No. 18-579-2

ARTHUR ROWLAND
USM# 76947-066
FDC PHILADELPHIA

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Jury Trial** on **April 21, 2022** at **9:30 a.m.** before the **Honorable Gerald J. Pappert** in **Courtroom 11-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**

For additional information, please contact the undersigned.

By:  Jeffrey Lucini
     Courtroom Deputy to Judge Pappert

Date:  2/28/22

cc via U.S. Mail:   Defendant
cc via email:       Defense Counsel R. Fuschino
                    Assistant U.S. Attorney P. Shapiro, T. Stengel
                    U.S. Marshal
                    Court Security
                    Probation Office
                    Pretrial Services
                    Interpreter Coordinator

crnotice (July 2021)