IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ARTHUR ROWLAND                       Criminal Action No.: 18-cr-00579

.NOTICE OF APPEAL

       Notice is hereby given that Arthur Rowland, defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Order issued on October 14, 2022, 2022.

                         Respectfully submitted,

                         Richard J. Fuschino, Esquire
                         1600 Locust Street
                         Philadelphia, PA 19103
                         215-515-4600

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ARTHUR ROWLAND                                             Criminal Action No.: 18-cr-00579

      I hereby certify that a true and correct copy of the Notice of Appeal was electronically filed with the Court this October 26, 2022. All counsel of record will receive service by the Court-generated notice and may access the documents via the Court's ECF/electronic filing system.