OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 3, 2023

Arthur Rowland
Hazelton USP
P.O. Box 2000
Bruceton Mills, WV 26525

RE: USA v. Arthur Rowland
Case Number: 23-1821
District Court Case Number: 2-18-cr-00579-002

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

Enclosed please find case opening information regarding the above-captioned appeal by **Arthur Rowland** docketed at No. **23-1821**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

### Appellant

The requirements for the filing of an appearance form, disclosure statement and civil appeal information statement are waived for pro se litigants.

### Counsel for Appellee

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
These forms must be filed on or before **05/17/2023**.

Attached is a copy of the full caption in this matter as it is titled in the District Court. Please review this caption carefully and promptly advise this office in writing of any discrepancies.

Very Truly Yours,

s/ Patricia S. Dodszuweit
Clerk

By: s/ Desiree
Case Manager
267-299-4252

cc:    Paul G. Shapiro, Esq.
       Timothy M. Stengel, Esq.
       Robert A. Zauzmer, Esq.

Enclosures:
Caption
Information for Pro Se Litigants