# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ARTHUR ROWLAND

CRIMINAL ACTION
NO. 18-579-2

## ORDER

**AND NOW**, this 6th day of March 2026, upon consideration of Rowland's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, (Dkt. No. 546), the Government's Response in Opposition, (Dkt. No. 548), Rowland's Reply in Support of § 2255 Motion, (Dkt. No. 551), Rowland's Motion for Discovery and Evidentiary Hearing, (Dkt. No. 553), and the Government's Response in Opposition, (Dkt. No. 558), it is **ORDERED** that:

1.   Rowland's Motion Under § 2255, (Dkt. No. 546), is **DENIED**.

2.   Rowland's Motion for Discovery and Evidentiary Hearing, (Dkt. No. 553), is **DENIED**.

3.   A Certificate of Appealability **SHALL NOT** issue.

4.   The Clerk of the Court shall **CLOSE** the case.

BY THE COURT:

**_/s/ Gerald J. Pappert_**

Gerald J. Pappert, J.

1